199 So.2d 921

**Relia MOUTON, wife of/and William GAGE, Jr.**

v.

**Althea E. Jones HEINS.**

No. 48750.

June 9, 1967.

In re: Relia Mouton, wife of/and William Gage, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 197 So. 2d 699.

Writ refused. On the facts found by the Court of Appeal the result is correct.

■

199 So.2d 921

**Succession of McCullum BARLOW.**

No. 48755.

June 9, 1967.

In re: Isabelle Barlow Nettles applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 197 So.2d 682.

The application is denied. There appears no error of law in the judgment complained of.